

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT MENDIOLA　Defendant. | 13-MJ-1224-DUTY<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

　(A)　(✓)　the appearance of defendant as required; and/or

　(B)　( )　the safety of any person or the community.

//

//

1   The court concludes:

2   A. ✓   Defendant poses a risk to the safety of other persons or the community
3         because defendant has not demonstrated by clear and convincing
4         evidence that:

5   _____
6   _____
7   _____
8   _____

9
10  (B) ✓  Defendant is a flight risk because defendant has not shown by clear
11         and convincing evidence that:
12         he will appear for all future
13         appearances in Court based on
14         lack of background information
15         and outstanding warrants.
16

17  IT IS ORDERED that defendant be detained.

18
19  DATED: 4/29/2013

20
21
22                               /s/ Patrick J. Walsh
23                          HON. PATRICK J. WALSH
                            UNITED STATES MAGISTRATE JUDGE